## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 17-11222-TPA |
| Dennis I. Henderson, ) | |
| ) | Chapter 13 |
|     Debtor. ) | |
| ) | Docket No.: |
| The Bank of New York Mellon, as ) | |
| successor to JPMorgan Chase Bank, as ) | |
| trustee for CIT Home Equity Loan Trust ) | |
| 2002-2, ) | |
| ) | |
|     Movants, ) | |
| ) | |
| v. ) | |
| ) | |
| Dennis I. Henderson, Respondent, and ) | |
| Ronda J. Winnecour, Esq., Chapter 13 ) | |
| Trustee. ) | |

## **NOTICE OF APPEARANCE**

Kindly enter the appearance of John E. Joseph, Esquire of the law firm of McGuireWoods LLP, in the above-captioned action on behalf of The Bank of New York Mellon, as successor to JP Morgan Chase Bank, as trustee for CIT Home Equity Loan Trust 2002-2.

The foregoing attorney requests to be added to the electronic service list in this action.

[SIGNATURE TO FOLLOW]

Dated:  December 12, 2017

Respectfully submitted,

By: ___/s/_____John E. Joseph_____
John E. Joseph
McguireWoods LLP
Tower Two-Sixty
260 Forbes Avenue
Suite 1800
Pittsburgh, PA 15222
T: +1 412 667 6018
F: +1 412 402 4185
jejoseph@mcguirewoods.com

*Counsel for The Bank of New York Mellon, as successor to JPMorgan Chase Bank, as trustee for CIT Home Equity Loan Trust 2002-2*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2017, a true and exact copy of the foregoing was filed with the Court using the CM/ECF system, which will automatically notify and serve all counsel of record.

/s/    *John E. Joseph*