# IN THE UNITED STATED BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-11222-TPA |
| | : | |
| Dennis I Henderson, | : | CHAPTER 13 |
| Debtor. | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

**NONE**

**Next Payment Advice Expected (post-filing):**

C.B.

HENDERSON, DENNIS I

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-11222-TPA |
| | : | |
| Dennis I Henderson, | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| Dennis I Henderson, | : | |
| Movant | : | Filed Pursuant to Rule 1007-4 |

### VERIFICATION REGARDING PROOF OF INCOME

I, **Dennis I Henderson**, hereby state as follows:

1.) I am unemployed; therefore I am unable to provide sixty (60) days of paystubs.
2.) I receive Unemployment Compensation in the amount of $2,292.00 per month.
3.) I also have rentals where I bring home an average of $1,980.00 per month.
4.) I was required to file 2015 - 2016 tax returns; therefore I have submitted the same to the Trustee.
5.) I have submitted to the Trustee proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: December 11, 2017        /s/ Dennis I Henderson
                               Debtor