| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Dennis I. Henderson** | Social Security number or ITIN | **xxx–xx–9984** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter 13 | **11/16/17** |
| Case number: | **17–11222–TPA** | | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                        12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Dennis I. Henderson | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 532 East 25th Street<br>Erie, PA 16503 | |
| 4. | **Debtor's attorney**<br>Name and address | Daniel P. Foster<br>Foster Law Offices<br>PO Box 966<br>Meadville, PA 16335 | Contact phone 814.724.1165<br>Email: dan@mrdebtbuster.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 814–464–9740<br><br>Date: 12/18/17 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 13, 2018 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 4/16/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/14/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 5/15/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**2/13/18** at **10:00 AM** , Location: **Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 17-11222-TPA
Dennis I. Henderson                                                                 Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: dkam              Page 1 of 2              Date Rcvd: Dec 18, 2017
                              Form ID: 309I           Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2017.
```
db            +Dennis I. Henderson,    532 East 25th Street,    Erie, PA 16503-2062
aty           +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
               Philadelphia, PA 19106-1541
aty           +John E Joseph,    McGuireWoods LLP,    Tower Two-Sixty,    260 Forbes Avenue,    Suite 1800,
               Pittsburgh, PA 15222-1892
aty           +Kevin Scott Frankel,    Shapiro & DeNardo, LLC,    3600 Horizon Drive,    Suite 150,
               King of Prussia, PA 19406-4702
tr            +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
cr            +Carrington Mortgage Services, LLC, et al.,    1600 South Douglass Road,    Suite 200-A,
               Anaheim, CA 92806-5948
14729841      +ADT Security Systems Inc,    1 Town Center Road,    Boca Raton, FL 33486-1039
14729842      +Apogee Medical Group,    232 West 25th Street,    Erie, PA 16544-0002
14743476      +Arrow Financial Services LLC,    5 Great Valley Parkway,    Suite 100,    Malvern, PA 19355-1426
14743477      +Blatt, Hasenmiller, Leibsker & Moore LLC,    211 Landmark Drive,    Suite C-1,    PO Box 489,
               Normal, IL 61761-0489
14729849     ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
              (address filed with court: Collection Service Center,     250 Mt Lebanon Boulevard,
               Pittsburgh, PA 15122)
14729846      +Carrington Mortgage Service. LLC,    Po Box 3489,    Anaheim, CA 92803-3489
14729847      +Citibank / Best Buy,    Citicorp Credt Services,    Po Box 790040,    St Louis, MO 63179-0040
14729848      +Citibank / The Home Depot,    Centralized Bankruptcy,    Po Box 790040,    St Louis, MO 63179-0040
14729852      +EdFinancial Services,    Attn: Bankruptcy Department,    298 North Seven Oaks Drive,
               Knoxville, TN 37922-2369
14743478      +Erie County Tax Claim Bureau,    140 West 6th Street,    Room 110,    Erie, PA 16501-1073
14729855      +MRS BPO LLC,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
14729854      +Med Business Bureau,    1460 Renaissance Drive,    # 400,    Park Ridge, IL 60068-1349
14729856     ++NORTHWEST SAVINGS BANK,    P O BOX 337,    WARREN PA 16365-0337
              (address filed with court: Northwest Savings Bank,     100 Liberty Street,    Warren, PA 16365)
14729859      +PNC Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
14729858      +Penn Credit,    Attn: Bankruptcy,    Po Box 988,    Harrisburg, PA 17108-0988
14729860      +Regional Home Health,    2564 Village Common Drive,    Erie, PA 16506-7202
14729861      #+Tate & Kirlin Associates,    2810 Southhampton Road,    Philadelphia, PA 19154-1207
14729863      +Weltman, Weinberg & Reis Co., LPA,    436 Seventh Avenue,    Suite 2500,
               Pittsburgh, PA 15219-1842
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: dan@mrdebtbuster.com Dec 19 2017 01:22:48     Daniel P. Foster,
               Foster Law Offices,    PO Box 966,    Meadville, PA 16335
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 19 2017 01:23:14      Pennsylvania Dept. of Revenue,
               Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA  17128-0946
ust           +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Dec 19 2017 01:23:23
               Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
               Pittsburgh, PA 15222-3721
14729843      +EDI: BANKAMER.COM Dec 19 2017 01:23:00      Bank Of America,    Nc4-105-03-14,    Po Box 26012,
               Greensboro, NC 27420-6012
14729844      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 19 2017 01:23:46
               Bayview Financial Loan,    Attn: Customer Service Dept,    4425 Ponce De Leon Boulevard,
               5th Floor,    Miami, FL 33146-1873
14729845      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Dec 19 2017 01:24:10      Caliber Home Loans, Inc,
               13801 Wireless Way,    Oklahoma City, OK 73134-2500
14729850      +EDI: RCSFNBMARIN.COM Dec 19 2017 01:23:00      Credit One Bank Na,    Po Box 98873,
               Las Vegas, NV 89193-8873
14729851      +E-mail/Text: bankruptcy.bnc@ditech.com Dec 19 2017 01:23:03     Ditech,    Attn: Bankruptcy,
               Po Box 6172,    Rapid City, SD 57709-6172
14729853      +E-mail/Text: bankruptcy@firstenergycorp.com Dec 19 2017 01:23:28     First Energy,
               Revenue Assurance,    1310 Fairmont Avenue,    Fairmont, WV 26554-3526
14743479       EDI: RESURGENT.COM Dec 19 2017 01:23:00      Lvnv Funding Llc,    Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
14729857      +Fax: 407-737-5634 Dec 19 2017 02:15:28      Ocwen Loan Servicing, LLC,
               Attn: Research/Bankruptcy,    1661 Worthington Road,    Suite 100,
               West Palm Bch, FL 33409-6493
14729862      +EDI: VERIZONEAST.COM Dec 19 2017 01:23:00      Verizon,    Bankruptcy Dept,
               500 Technology Drive,    Suite 550,    Saint Charles, MO 63304-2225
                                                                                              TOTAL: 12
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr             PNC BANK, NATIONAL ASSOCIATION
cr             THE BANK OF NEW YORK MELLON
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0315-1          User: dkam              Page 2 of 2              Date Rcvd: Dec 18, 2017
                              Form ID: 309I           Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2017 at the address(es) listed below:

```
          Daniel P. Foster    on behalf of Creditor   THE BANK OF NEW YORK MELLON dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Daniel P. Foster    on behalf of Debtor Dennis I. Henderson dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James Warmbrodt     on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          John E Joseph    on behalf of Creditor    THE BANK OF NEW YORK MELLON jejoseph@mcguirewoods.com
          Kevin Scott Frankel     on behalf of Creditor   Carrington Mortgage Services, LLC, et al.
           pabk@logs.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```