# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CASE NAME | Dennis I. Henderson |
|---|---|
| CASE NO. | 17-11222-TPA |
| RELATED TO DOCUMENT NO. | 27 |

## NOTICE REGARDING
## NONCONFORMING DOCUMENT

The Creditor Request for Notices on Behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

Creditor Request for Notices on Behalf of on Behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE has to be refiled, ensuring that name of the creditor, and mailing address for the request of notices is entered into the CM/ECF system during the filing process.

You must file the indicated documents within ten (10) days of the date of this notice.

This deadline does not affect any other deadlines in your bankruptcy case.

**Please attach a copy of this Notice to the front of the indicated documents that are filed in response to this Notice.**

|  |  |  |
|---|---|---|
| January 26, 2018 | By: | Dmitriy Kampov |
| Date |  | Deputy Clerk |

#106c-I