MINUTES OF CHAPTER 13 §341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

FILED
2/21/18 10:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case Name: __Henderson_____ TPA

Case Number: __17-11222__

Date of Meeting: __2/13/18__     Recording # __4__

Debtor(s) present _✓_ or Not Present ___ (__ No Payments Made or _✓_ partial payments)

Attorney for debtor(s) __Foster_____ (Present _✓_ or Not Present ___)

Date of Plan at § 341: __12/15/17__ Applicable commitment period ___ 3 yrs _✓_ 5 yrs

- Recorded for Carrington services
- Ocwyrod for Bank of NY

Supposed to be 100%

Debtor laid off from GE Jan 2016 -
completed job training for new position -
looking for new position

Owns two houses  759 East 24th - 3 units
$1980 is not fully occupied   all vacant
2017 Wallace - occupied
2015 Wallace - vacant lot
546 East 25th - 2 units - vacant

___ Meeting HELD and CONCLUDED
_✓_ Meeting HELD but CONTINUED (not closed) — 2005 School Avenue — TAX Sale —
___ Meeting NOT HELD           But taxes
                              were escrowed
___ Order to Show Cause Requested   issue - Bank
___ To be rescheduled by Clerk
                                May have claim
_✓_ Confirmation Order recommended ___ Final _✓_ Interim   against Bank
___ Amended Plan due: _____; Objections due: _____
                                Bank seeking
___ Trustee recommends dismissal of the case (Debtor consents)   to set
___ Trustee recommends dismissal of the case (Debtor does not consent)*   aside
___ Trustee recommends dismissal of the case (Debtor has no defense)   tax
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days   sale.
_✓_ Continued to:
___ 341 Meeting  OR  _✓_ Conciliation Conf OR ___ *Contested Hearing
On __6/5/18__ at __10:00__ am/pm Location _____

_____
Chapter 13 Trustee/Attorney for Trustee