FILED
3/9/18 11:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PA

Chapter:     13
Case No:     1711222

In re:       DENNIS I. HENDERSON

Account Number:  3496

Rel to Doc No. 35

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 9 filed on or about 03/05/2018 in the amount of $2,141.39 .

On this 3/8/2018.


By:   /s/ Tiffany Griffin
      Tiffany Griffin, Bankruptcy Representative
      PRA Receivables Management, LLC.
      POB 41067
      Norfolk, VA 23541
      E-mail: Bankruptcy_Info@portfoliorecovery.com


SO ORDERED

March 9, 2018

ljm

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Dennis I. Henderson  
     Debtor

Case No. 17-11222-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: dkam     Page 1 of 1     Date Rcvd: Mar 09, 2018  
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2018.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 10 2018 01:47:30  
     PRA Receivables Management LLC,   POB 41067,   Norfolk, VA 23541-1067  
                                                                                                                       TOTAL: 1

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2018                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2018 at the address(es) listed below:  
          Christopher M. McMonagle    on behalf of Creditor    THE BANK OF NEW YORK MELLON cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com  
          Christopher M. McMonagle    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWABS2005-BC1) cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com  
          Daniel P. Foster    on behalf of Creditor    THE BANK OF NEW YORK MELLON dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
          Daniel P. Foster    on behalf of Debtor Dennis I. Henderson dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
          James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
          John E Joseph    on behalf of Creditor    THE BANK OF NEW YORK MELLON jejoseph@mcguirewoods.com  
          Kevin Scott Frankel    on behalf of Creditor    Carrington Mortgage Services, LLC, et al. pabk@logs.com  
          Kristen D. Little    on behalf of Creditor    Carrington Mortgage Services, LLC, et al. pabk@logs.com  
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                                    TOTAL: 10