**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

|  |  |  |
|---|---|---|
| | : | Bankruptcy No: 17-11222-TPA |
| Dennis I. Henderson, | : | |
| *Debtor*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: |
| | : | |
| Arrow Financial Services, LLP, | : | |
| *Movant*, | : | |
| | : | |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:**      **Arrow Financial Services, LLP**
**Incorrect Address:**  **5 Great Valley Parkway, Suite 100, Malvern, PA**
**Correct Address:**    **5996 West Touhy Avenue, Niles, IL 60714**

Respectfully Submitted,

Date: <u>March 23, 2018</u>

<u>/s/Daniel P. Foster, Esquire</u>
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors