Case 17-11222-TPA    Doc 44    Filed 06/06/18    Entered 06/06/18 13:04:18    Desc Main
Document    Page 1 of 1

FILED
6/6/18 1:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

Debtor: Dennis I. Henderson
Case Number: 17-11222                              Chapter: 13
Date / Time / Room: June 5, 2018 at 10:00 a.m., Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

*Matter:*   #20 - Final Confirmation of Plan dated 12/15/17 (NFC)
**341 Meeting of Creditors Adjourned to Conciliation**

### *Appearances:*

Debtor: Foley
Trustee: Winnecour / Katz (Pail)
Creditor:

Recarchik —
Carrington
Claypool — BNY

### *Proceedings:*

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. __X__ An Amended Plan is to be served on all creditors and certificate of service filed by 6/29/18
   Objections are due on or before 7/20/18.
   A hearing on the Amended Plan is set for 8/7/18 at 1:30

9. _____ Other:

### *For Judge Agresti cases:*
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment: _____