FILED
7/3/18 10:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No: 17-11222-TPA |
| | : | |
| Dennis I Henderson, | : | Chapter 13 |
|     Debtor, | : | |
| _____ | : | Docket No:  48 |
| Dennis I Henderson, | : | |
|     Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| No Respondent, | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J Winnecour, Esquire, | : | |
|     Chapter 13 Trustee. | : | |

### ORDER REGARDING DEBTOR'S MOTION TO EXTEND DEADLINE REGARDING FILING AN AMENDED CHAPTER 13 PLAN

**AND NOW** on this ___3rd___ day of ___July___, 2018, upon consideration of Debtor's Motion to Extend Deadline Regarding Filing an amended Chapter 13 Plan, it is hereby **ORDERED, ADJUDGED, AND DECREED** that said Motion is **GRANTED**. Debtor shall have until **July 2, 2018**, [3 days later] to file an amended Chapter 13 Plan.

BY THE COURT,

_____
Thomas P Agresti, Judge   ljm
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 17-11222-TPA
Dennis I. Henderson                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1            User: dkam              Page 1 of 1              Date Rcvd: Jul 03, 2018
                                Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 05, 2018.
db            +Dennis I. Henderson,   532 East 25th Street,   Erie, PA 16503-2062

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 3, 2018 at the address(es) listed below:
              Christopher M. McMonagle    on behalf of Creditor    THE BANK OF NEW YORK MELLON
               cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              Christopher M. McMonagle    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF
               NEW YORK, AS TRUSTEE (CWABS2005-BC1) cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              Daniel P. Foster    on behalf of Creditor    THE BANK OF NEW YORK MELLON dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor Dennis I. Henderson dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              John E Joseph    on behalf of Creditor    THE BANK OF NEW YORK MELLON jejoseph@mcguirewoods.com,
               swiles@mcguirewoods.com
              Kevin Scott Frankel    on behalf of Creditor    Carrington Mortgage Services, LLC, et al.
               pabk@logs.com
              Kristen D. Little    on behalf of Creditor    Carrington Mortgage Services, LLC, et al.
               pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Raymond M Kempinski    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE (CWABS2005-BC1) ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 11