Form 213

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Dennis I. Henderson**
   Debtor(s)

Bankruptcy Case No.: 17–11222–TPA
Related to Docket No. 62
Chapter: 13
Docket No.: 65 – 62
Concil. Conf.: 8/6/19 at 09:30 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **July 1, 2019,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **July 15, 2019,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **8/6/19** at **09:30 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: May 16, 2019

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-11222-TPA
Dennis I. Henderson                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: lmar              Page 1 of 2              Date Rcvd: May 16, 2019
                              Form ID: 213            Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2019.
```
db            +Dennis I. Henderson,    532 East 25th Street,    Erie, PA 16503-2062
cr            +Carrington Mortgage Services, LLC, et al.,    1600 South Douglass Road,    Suite 200-A,
                Anaheim, CA 92806-5951
cr            +The Bank of New York Mellon, the successor to JPMo,    RAS CRANE,
                10700 ABBOTT'S BRIDGE ROAD, SUITE 170,    DULUTH, GA 30097-8461
14729841      +ADT Security Systems Inc,    1 Town Center Road,    Boca Raton, FL 33486-1039
14729842      +Apogee Medical Group,    232 West 25th Street,    Erie, PA 16544-0002
14743476      +Arrow Financial Services, LLP,    5996 West Touhy Avenue,    Niles, IL 60714-4610
14743477      +Blatt, Hasenmiller, Leibsker & Moore LLC,    211 Landmark Drive,    Suite C-1,    PO Box 489,
                Normal, IL 61761-0489
14729846      +Carrington Mortgage Service. LLC,    Po Box 3489,    Anaheim, CA 92803-3489
14729847      +Citibank / Best Buy,    Citicorp Credt Services,    Po Box 790040,    St Louis, MO 63179-0040
14729848      +Citibank / The Home Depot,    Centralized Bankruptcy,    Po Box 790040,    St Louis, MO 63179-0040
14729849      +Collection Service Center,    250 Mt Lebanon Boulevard,    Pittsburgh, PA 15234-1252
14799500      +Deutsche Bank National Trust Co., et al..,    c/o Carrington Mortgage Services, LLC,
                1600 South Douglass Road,,    Anaheim, CA 92806-5948
14729852      +EdFinancial Services,    Attn: Bankruptcy Department,    298 North Seven Oaks Drive,
                Knoxville, TN 37922-2369
14756400      +Edfinancial on behalf of US Dept. of Education,    120 N. Seven Oaks Dr.,
                Knoxville, TN 37922-2359
14743478      +Erie County Tax Claim Bureau,    140 West 6th Street,    Room 110,    Erie, PA 16501-1073
14859584      +FirstEnergy/Penelec,    101 Crawford's Corner Rd.,    Bldg. #1 Suite 1-511,
                Holmdel, NJ 07733-1976
14729855      +MRS BPO LLC,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
14729854      +Med Business Bureau,    1460 Renaissance Drive,    # 400,    Park Ridge, IL 60068-1349
14729856     ++NORTHWEST SAVINGS BANK,    P O BOX 337,    WARREN PA 16365-0337
              (address filed with court: Northwest Savings Bank,    100 Liberty Street,    Warren, PA 16365)
14761729      +PNC Bank, NA,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14729859      +PNC Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
14729858      +Penn Credit,    Attn: Bankruptcy,    Po Box 988,    Harrisburg, PA 17108-0988
14832676      +THE BANK OF NEW YORK MELLON,    Bayview Loan Servicing, LLC,
                4425 Ponce De Leon Blvd., 5th Floor,    Coral Gables, FL 33146-1837
14729863      +Weltman, Weinberg & Reis Co., LPA,    436 Seventh Avenue,    Suite 2500,
                Pittsburgh, PA 15219-1842
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 17 2019 02:27:38
                PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
14729844       +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 17 2019 02:25:20
                Bayview Financial Loan,    Attn: Customer Service Dept,    4425 Ponce De Leon Boulevard,
                5th Floor,    Miami, FL 33146-1873
14729845       +E-mail/Text: ECMBKMail@Caliberhomeloans.com May 17 2019 02:25:31       Caliber Home Loans, Inc,
                13801 Wireless Way,    Oklahoma City, OK 73134-2500
14729850       +E-mail/PDF: creditonebknotifications@resurgent.com May 17 2019 02:27:39       Credit One Bank Na,
                Po Box 98873,    Las Vegas, NV 89193-8873
14729851       +E-mail/Text: bankruptcy.bnc@ditech.com May 17 2019 02:24:56       Ditech,    Attn: Bankruptcy,
                Po Box 6172,    Rapid City, SD 57709-6172
14729853       +E-mail/Text: bankruptcy@firstenergycorp.com May 17 2019 02:25:13       First Energy,
                Revenue Assurance,    1310 Fairmont Avenue,    Fairmont, WV 26554-3526
14831169        E-mail/PDF: resurgentbknotifications@resurgent.com May 17 2019 02:37:57
                LVNV Funding LLC C/O Resurgent Capital Services,    P.O. Box 10675,    Greenville, SC 29603-0675
14829431        E-mail/PDF: resurgentbknotifications@resurgent.com May 17 2019 02:27:10
                LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14829397        E-mail/PDF: resurgentbknotifications@resurgent.com May 17 2019 02:38:15
                LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14743479       +E-mail/PDF: resurgentbknotifications@resurgent.com May 17 2019 02:27:10       Lvnv Funding Llc,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14729857       +Fax: 407-737-5634 May 17 2019 02:46:09      Ocwen Loan Servicing, LLC,
                Attn: Research/Bankruptcy,    1661 Worthington Road,    Suite 100,
                West Palm Bch, FL 33409-6493
14786234        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 17 2019 02:51:02
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14781592       +E-mail/Text: ECMBKMail@Caliberhomeloans.com May 17 2019 02:25:31
                The Bank Of New York Mellon,    c/o Caliber Home Loans,    13801 Wireless Way,
                Oklahoma City OK 73134-2500
14729862       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 17 2019 02:24:16
                Verizon,    Bankruptcy Dept,    500 Technology Drive,    Suite 550,
                Saint Charles, MO 63304-2225
14779634        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 17 2019 02:38:15       Verizon,
                by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                               TOTAL: 15
```

```
District/off: 0315-1            User: lmar             Page 2 of 2             Date Rcvd: May 16, 2019
                                Form ID: 213           Total Noticed: 39


             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE
cr              PNC BANK, NATIONAL ASSOCIATION
cr              THE BANK OF NEW YORK MELLON
cr              THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,   c/o Stern & Eisenberg, PC,
                 1581 Main Street,   Suite 200,   Warrington
cr              THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO
cr              THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO
14729843       ##+Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
14729860       ##+Regional Home Health,   2564 Village Common Drive,   Erie, PA 16506-7202
14729861       ##+Tate & Kirlin Associates,   2810 Southhampton Road,   Philadelphia, PA 19154-1207
                                                                                   TOTALS: 6, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2019 at the address(es) listed below:
          Christopher M. McMonagle    on behalf of Creditor    THE BANK OF NEW YORK MELLON
           cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com
          Christopher M. McMonagle    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF
           NEW YORK, AS TRUSTEE (CWABS2005-BC1) cmcmonagle@sterneisenberg.com,   bkecf@sterneisenberg.com
          Daniel P. Foster    on behalf of Creditor    THE BANK OF NEW YORK MELLON dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Daniel P. Foster    on behalf of Debtor Dennis I. Henderson dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James Warmbrodt     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          John E Joseph    on behalf of Creditor    THE BANK OF NEW YORK MELLON jjoseph@reedsmith.com,
           lheatherington@reedsmith.com
          Kevin Scott Frankel    on behalf of Creditor    Carrington Mortgage Services, LLC, et al.
           pabk@logs.com
          Kristen D. Little    on behalf of Creditor    Carrington Mortgage Services, LLC, et al.
           pabk@logs.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Raymond M Kempinski    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
           YORK, AS TRUSTEE (CWABS2005-BC1) ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 11
```