Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Dennis I. Henderson** | : | Case No. 17−11222−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND**
**TERMINATING WAGE ATTACHMENT**

*AND NOW,* this ***The 18th of July, 2019,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-11222-TPA
Dennis I. Henderson                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1        User: jmar              Page 1 of 2            Date Rcvd: Jul 18, 2019
                            Form ID: 309            Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2019.
```
db             +Dennis I. Henderson,    532 East 25th Street,     Erie, PA 16503-2062
cr             +Carrington Mortgage Services, LLC, et al.,    1600 South Douglass Road,    Suite 200-A,
                 Anaheim, CA 92806-5951
cr             +The Bank of New York Mellon, the successor to JPMo,    RAS CRANE,
                 10700 ABBOTT'S BRIDGE ROAD, SUITE 170,    DULUTH, GA 30097-8461
14729841       +ADT Security Systems Inc,    1 Town Center Road,     Boca Raton, FL 33486-1039
14729842       +Apogee Medical Group,    232 West 25th Street,     Erie, PA 16544-0002
14743476       +Arrow Financial Services, LLP,    5996 West Touhy Avenue,    Niles, IL 60714-4610
14743477       +Blatt, Hasenmiller, Leibsker & Moore LLC,    211 Landmark Drive,    Suite C-1,    PO Box 489,
                 Normal, IL 61761-0489
14729846       +Carrington Mortgage Service. LLC,    Po Box 3489,    Anaheim, CA 92803-3489
14729847       +Citibank / Best Buy,    Citicorp Credt Services,    Po Box 790040,    St Louis, MO 63179-0040
14729848       +Citibank / The Home Depot,    Centralized Bankruptcy,    Po Box 790040,    St Louis, MO 63179-0040
14729849       +Collection Service Center,    250 Mt Lebanon Boulevard,    Pittsburgh, PA 15234-1252
14799500       +Deutsche Bank National Trust Co., et al..,    c/o Carrington Mortgage Services, LLC,
                 1600 South Douglass Road,,    Anaheim, CA 92806-5948
14729852       +EdFinancial Services,    Attn: Bankruptcy Department,    298 North Seven Oaks Drive,
                 Knoxville, TN 37922-2369
14756400       +Edfinancial on behalf of US Dept. of Education,    120 N. Seven Oaks Dr.,
                 Knoxville, TN 37922-2359
14743478       +Erie County Tax Claim Bureau,    140 West 6th Street,    Room 110,    Erie, PA 16501-1073
14859584       +FirstEnergy/Penelec,    101 Crawford's Corner Rd.,    Bldg. #1 Suite 1-511,
                 Holmdel, NJ 07733-1976
14729855       +MRS BPO LLC,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
14729854       +Med Business Bureau,    1460 Renaissance Drive,    # 400,    Park Ridge, IL 60068-1349
14729856      ++NORTHWEST SAVINGS BANK,    P O BOX 337,    WARREN PA 16365-0337
                 (address filed with court: Northwest Savings Bank,     100 Liberty Street,    Warren, PA 16365)
14761729       +PNC Bank, NA,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14729859       +PNC Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
14729858       +Penn Credit,    Attn: Bankruptcy,    Po Box 988,    Harrisburg, PA 17108-0988
14832676       +THE BANK OF NEW YORK MELLON,    Bayview Loan Servicing, LLC,
                 4425 Ponce De Leon Blvd., 5th Floor,    Coral Gables, FL 33146-1837
14729863       +Weltman, Weinberg & Reis Co., LPA,    436 Seventh Avenue,    Suite 2500,
                 Pittsburgh, PA 15219-1842

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: PRA.COM Jul 19 2019 06:33:00      PRA Receivables Management LLC,    POB 41067,
                 Norfolk, VA 23541-1067
14729843       +EDI: BANKAMER.COM Jul 19 2019 06:34:00      Bank Of America,    Nc4-105-03-14,    Po Box 26012,
                 Greensboro, NC 27420-6012
14729844       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 19 2019 02:54:21
                 Bayview Financial Loan,    Attn: Customer Service Dept,    4425 Ponce De Leon Boulevard,
                 5th Floor,    Miami, FL 33146-1873
14729845       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Jul 19 2019 02:54:44      Caliber Home Loans, Inc,
                 13801 Wireless Way,    Oklahoma City, OK 73134-2500
14729850       +EDI: RCSFNBMARIN.COM Jul 19 2019 06:33:00      Credit One Bank Na,    Po Box 98873,
                 Las Vegas, NV 89193-8873
14729851       +E-mail/Text: bankruptcy.bnc@ditech.com Jul 19 2019 02:53:31      Ditech,    Attn: Bankruptcy,
                 Po Box 6172,    Rapid City, SD 57709-6172
14729853       +E-mail/Text: bankruptcy@firstenergycorp.com Jul 19 2019 02:54:03      First Energy,
                 Revenue Assurance,    1310 Fairmont Avenue,    Fairmont, WV 26554-3526
14831169        EDI: RESURGENT.COM Jul 19 2019 06:34:00      LVNV Funding LLC C/O Resurgent Capital Services,
                 P.O. Box 10675,    Greenville, SC 29603-0675
14829431        EDI: RESURGENT.COM Jul 19 2019 06:34:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of MHC Receivables, LLC and,    FNBM, LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
14829397        EDI: RESURGENT.COM Jul 19 2019 06:34:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Capital One Bank (USA), N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14743479       +EDI: RESURGENT.COM Jul 19 2019 06:34:00      Lvnv Funding Llc,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
14729857       +Fax: 407-737-5634 Jul 19 2019 03:05:34      Ocwen Loan Servicing, LLC,
                 Attn: Research/Bankruptcy,    1661 Worthington Road,    Suite 100,
                 West Palm Bch, FL 33409-6493
14786234        EDI: PRA.COM Jul 19 2019 06:33:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
14781592       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Jul 19 2019 02:54:44
                 The Bank Of New York Mellon,    c/o Caliber Home Loans,    13801 Wireless Way,
                 Oklahoma City OK 73134-2500
14729862       +EDI: VERIZONCOMB.COM Jul 19 2019 06:33:00      Verizon,    Bankruptcy Dept,
                 500 Technology Drive,    Suite 550,    Saint Charles, MO 63304-2225
14779634        EDI: AIS.COM Jul 19 2019 06:33:00      Verizon,    by American InfoSource LP as agent,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
                                                                                              TOTAL: 16
```

```
District/off: 0315-1           User: jmar                  Page 2 of 2                  Date Rcvd: Jul 18, 2019
                               Form ID: 309                Total Noticed: 40

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE
cr              PNC BANK, NATIONAL ASSOCIATION
cr              THE BANK OF NEW YORK MELLON
cr              THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,   c/o Stern & Eisenberg, PC,
                 1581 Main Street,   Suite 200,   Warrington
cr              THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO
cr              THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO
14729860       ##+Regional Home Health,   2564 Village Common Drive,    Erie, PA 16506-7202
14729861       ##+Tate & Kirlin Associates,   2810 Southhampton Road,    Philadelphia, PA 19154-1207
                                                                                 TOTALS: 6, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2019                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2019 at the address(es) listed below:

```
              Christopher M. McMonagle    on behalf of Creditor    THE BANK OF NEW YORK MELLON
               cmcmonagle@sterneisenberg.com,   bkecf@sterneisenberg.com
              Christopher M. McMonagle    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF
               NEW YORK, AS TRUSTEE (CWABS2005-BC1) cmcmonagle@sterneisenberg.com,   bkecf@sterneisenberg.com
              Daniel P. Foster    on behalf of Creditor    THE BANK OF NEW YORK MELLON dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor Dennis I. Henderson dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              John E Joseph    on behalf of Creditor    THE BANK OF NEW YORK MELLON jjoseph@reedsmith.com,
               lheatherington@reedsmith.com
              Kevin Scott Frankel    on behalf of Creditor    Carrington Mortgage Services, LLC, et al.
               pabk@logs.com
              Kristen D. Little    on behalf of Creditor    Carrington Mortgage Services, LLC, et al.
               pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Raymond M Kempinski    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE (CWABS2005-BC1) ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 11
```