**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DENNIS I. HENDERSON

Debtor(s)

Ronda J. Winnecour
　　Movant
　vs.
No Respondents.

Case No.:17-11222 TPA

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/16/2017 and confirmed on 02/14/2018 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 8,100.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 8,100.00 |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 1,606.61 | |
| 　Trustee Fee | 354.70 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,961.31 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| 　BANK OF NEW YORK MELLON - TRUSTEE  Acct: 2752 | 0.00 | 2,724.98 | 0.00 | 2,724.98 |
| 　BANK OF NEW YORK MELLON - TRUSTEE  Acct: 4808 | 0.00 | 15.68 | 0.00 | 15.68 |
| 　DEUTSCHE BANK NTC - INTENDURE TRUST  Acct: 8990 | 0.00 | 1,513.20 | 0.00 | 1,513.20 |
| 　PNC BANK NA  Acct: 1669 | 0.00 | 1,659.14 | 0.00 | 1,659.14 |
| 　BANK OF NEW YORK MELLON - TRUSTEE  Acct: 2752 | 8,093.00 | 0.00 | 0.00 | 0.00 |
| 　BANK OF NEW YORK MELLON - TRUSTEE  Acct: 4808 | 12,865.92 | 0.00 | 0.00 | 0.00 |
| 　DEUTSCHE BANK NTC - INTENDURE TRUST  Acct: 8990 | 1,233.23 | 0.00 | 0.00 | 0.00 |
| 　ERIE COUNTY TAX CLAIM BUREAU*  Acct: 2400 | 2,206.71 | 0.00 | 0.00 | 0.00 |
| 　ERIE COUNTY TAX CLAIM BUREAU*  Acct: 1100 | 575.14 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NORTHWEST BANK* | 2,185.43 | 152.70 | 72.99 | 225.69 |
| Acct: 352 | | | | |
| | | | | 6,138.69 |
| **Priority** | | | | |
| DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DENNIS I. HENDERSON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL P FOSTER ESQ** | 2,000.00 | 1,606.61 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| ARROW FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0133 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 474.56 | 0.00 | 0.00 | 0.00 |
| Acct: 9465 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 2,141.39 | 0.00 | 0.00 | 0.00 |
| Acct: 3496 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XFOGZ | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 705.18 | 0.00 | 0.00 | 0.00 |
| Acct: 2980 | | | | |
| EDFINANCIAL SERVICES O/B/O US DEPAR | 14,769.05 | 0.00 | 0.00 | 0.00 |
| Acct: 9984 | | | | |
| EDFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3599 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,052.64 | 0.00 | 0.00 | 0.00 |
| Acct: 6440 | | | | |
| MED BUSINESS BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7292 | | | | |
| MRS BPO, L.L.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2812 | | | | |
| PENELEC/FIRST ENERGY** | 562.63 | 0.00 | 0.00 | 0.00 |
| Acct: 5237 | | | | |
| TATE & KIRLIN ASSOC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9545 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 173.67 | 0.00 | 0.00 | 0.00 |
| Acct: 3696 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3496 | | | | |
| LVNV FUNDING LLC | 1,355.33 | 0.00 | 0.00 | 0.00 |
| Acct: 0819 | | | | |
| KEVIN S FRANKEL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JOHN E JOSEPH ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WELTMAN WEINBERG & REIS CO LPA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ANN E SWARTZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ADT SECURITY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| APOGEE MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |

| 17-11222 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

Unsecured
    Acct:

| | BLATT HASENMILLER LEIBSKER & MOORE | 0.00 | 0.00 | 0.00 | 0.00 |

    Acct:

| | FIRST ENERGY* | 0.00 | 0.00 | 0.00 | 0.00 |

    Acct:

| | REGIONAL HOME HEALTH AND HOSPICE | 0.00 | 0.00 | 0.00 | 0.00 |

    Acct:

\*\*\* N O N E \*\*\*

| TOTAL PAID TO CREDITORS | | 6,138.69 |
|---|---|---|

TOTAL CLAIMED
| PRIORITY | 0.00 |
|---|---|
| SECURED | 27,159.43 |
| UNSECURED | 21,234.45 |

Date: 08/08/2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com